UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA SCHOOL EQUIPMENT COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAFAYETTE LIFE INSURANCE COMPANY, *et al*.<br><br>　　　　　　Defendants. | Case No. 1:23-cv-01496-JLT-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULTS AGAINST DEFENDANTS PENSIONLABS INCORPORATED AND MICHAEL HOLMAN<br><br>(Doc. 26) |

Sierra School Equipment Company initiated this action in Kern County Superior Court, which asserts breach of contract and related claims concerning the marketing and provision of pension plans. (Doc. 1.) Defendant Lafayette Life Insurance Company removed the case to this Court based on diversity jurisdiction. (*Id*.) On November 29, 2023, at Plaintiff's request, the Clerk of Court entered default as to Pensionlabs Incorporated and Michael Holman. (Docs 11-12, 15-16.)

On January 8, 2024, the assigned magistrate judge issued Findings and Recommendations concluding that Pensionlabs and Holman's motion to set aside the default should be granted. (Doc. 26.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 14 days. (*Id*. at 6-7.) The Court advised the parties that the

"failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) No party filed objections or any other response, and the deadline to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court ORDERS:

1. The Findings and Recommendations (Doc. 26) are **ADOPTED IN FULL**.
2. The motion filed by Pensionlabs Incorporated and Michael Holman to set aside the Clerk of the Court's entry of default (Doc. 18) is **GRANTED,** and the default is **SET ASIDE** as to each defendant.
3. Pensionlabs Incorporated and Michael Holman responsive pleading **SHALL** be filed within 14 days of entry of this order.

IT IS SO ORDERED.

Dated:     **January 25, 2024**

UNITED STATES DISTRICT JUDGE